UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| JAMES DOTSON | ) | |
| | ) | |
| v. | ) | NO. 3:08-CV-442 |
| | ) | (Cr: 3:04-CR-136) |
| UNITED STATES OF AMERICA | ) | *Jordan/Shirley* |

## **JUDGMENT ORDER**

In accordance with the accompanying memorandum opinion, petitioner's *pro se* motion

to vacate, set aside, or correct a sentence filed under 28 U.S.C. § 2255 is **DENIED**, and this

case is **DISMISSED**. For reasons stated in the opinion, should petitioner give timely notice

of an appeal from this order, such notice will be treated as an application for a certificate of

appealability, which is hereby **DENIED,** given his failure to make a substantial showing of the

denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

**ENTER:**

LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT